IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Windels Marx Lane & Mittendorf, LLP
Rodman E. Honecker (REH-1355)
120 Albany Street Plaza
New Brunswick, New Jersey 08901
(732) 846-7600
Attorneys for Defendant C.H. Robinson Worldwide, Inc.

| | |
|---|---|
| CHRISTINE DOTO, GERALYNN M. GIOTTA, and JAY C. RZEPINSKI<br><br>Plaintiffs,<br><br>v.<br><br>C.H. ROBINSON WORLDWIDE, INC.,<br><br>Defendant. | Case No. 2:07-cv-01382-DMC-MF |

## ORDER

THIS MATTER coming before the Court on defendant's unopposed motion to stay proceedings pending judicial approval of agreed settlement, and the Court having considered the motion papers, and good cause having been shown, *+ the parties consenting,*

IT IS on this _26_ day of June 2007, hereby

ORDERED THAT the Defendant's motion to stay proceedings pending judicial approval of agreed settlement be, and hereby is, granted.

Dennis M. Cavanaugh
U.S. District Judge

{40215204:1}